```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR354 |
| | ) | |
| v. | ) | |
| | ) | |
| GERMAN MONTES-ZUNIGA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the defendant's family's request that he be permitted to visit his former wife who is expected to die within the next week or so, and who has requested the opportunity to say goodby to her former husband. The Court has visited with counsel for both the government and defendant. The government has no objection to a visit supervised by the United States Marshal's Service. That Service has advised that they can comply with the Court's order, limiting the visit to ten minutes, and that no one other than defendant, his former wife, and a representative of the Marshal's Service shall be present. Accordingly,

IT IS ORDERED that as soon as practical, the Office of the United States Marshal shall transport German Montes-Zuniga to:

>   Hospice House, Harper Residence
>   7415 Cedar Street, Room 7
>   Omaha, Nebraska 68124

for a ten-minute supervised visit with his former wife, with no one else present except the parties listed above.

DATED this 28th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court